# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01046-NRN

ANGELIKA CARNES, an individual,
HIROTSUNE TAKAHASHI, an individual,
and MI JOUNG, an individual,

Plaintiffs

v.

COLORADO ORGANIZATION FOR VICTIM ASSISTANCE, a Colorado corporation,
and NANCY LEWIS, an individual,

Defendants

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs, Angelika Carnes, Hirotsune Takahashi and Mi "Michelle" Joung, by and through their attorneys, Miller & Law, PC, hereby give notice of their voluntary dismissal with prejudice of this action. By stipulation, each party shall pay his, her or its own expenses, costs and fees, including attorneys' fees.

Respectfully submitted this 8th day of June 2020.

    MILLER & LAW, PC

    **/s/ David J. Meretta**
    David J. Meretta, No. 44409
    1900 W. Littleton Blvd.
    Littleton, CO 80120
    (303) 722-6500
    (303) 722-9270 fax
    djm@millerandlaw.com

    ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 8th day of June 2020, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served via email on the following counsel:

    LITTLER MENDELSON P.C.
    Joshua B. Kirkpatrick, Esq.
    Grace McGuire, Esq.
    1900 Sixteenth Street, Suite 800
    Denver, CO 80202-5835
    JKirkpatrick@littler.com
    GMcGuire@littler.com

    Attorneys for Defendants

    **/s/  David J. Meretta**
    David J. Meretta